THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Benjamin
 Johnson, Appellant.
 
 
 

Appeal From Richland County
  G. Thomas Cooper, Jr., Circuit Court
Judge

Unpublished Opinion No. 2008-UP-372
 Submitted July 1, 2008  Filed July 11,
2008    

APPEAL DISMISSED

 
 
 
 Chief Attorney Joseph L. Savitz, III, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Warren B. Giese, of Columbia, for Respondent.
 
 
 

PER CURIAM: Johnson
 pled guilty to trafficking cocaine in an
 amount between ten and twenty-eight grams, resisting arrest, and two counts of
 assault and battery with intent to kill.  On appeal, Johnsons counsel alleges the plea court erred by accepting his plea without first obtaining a
 waiver of his right of confrontation.  After
 a thorough review of the record and counsels brief pursuant to Anders v.
 California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116,
 406 S.E.2d 357 (1991), we dismiss[1] Johnsons appeal and grant counsels motion to be relieved. 
APPEAL DISMISSED.
HEARN, C.J., CURETON and GOOLSBY, A.J.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.